IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT Incorporated, et al., | No. CV-24-01869-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Axon Enterprises Incorporated, et al., | |
| Defendants. | |

  Plaintiff has filed an Emergency Motion for Immediate Order to Prohibit Use Of Axon Body 4 Cameras At Political Events (Doc. 2).  Upon reading the motion, it appears to be a request for a temporary restraining order ("TRO") or preliminary injunction. Plaintiffs ask for an "immediate order to prohibit use of Axon Body 4 Cameras at political events" (Doc 2, p.5).

  Unlike a preliminary injunction, see Fed. R. Civ. P. 65(a), a temporary restraining order ("TRO") may be entered "without written or oral notice to the adverse party."  Fed. R. Civ. P. 65(b).  A TRO may issue, ex parte, if: "(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."  Id. (emphasis added).  Here there has been no certification by an attorney of efforts to give notice or why notice should not be required.  Therefore, the Court will not issue an ex parte TRO but will set his matter for a telephonic hearing to

schedule a preliminary injunction hearing.

Plaintiffs ask this Court to treat this in an emergency manner because of the "substantial and imminent national security risks posed by the inclusion of Quectel chips in Axon Body 4 cameras, which could facilitate espionage and interference by the Chinese Communist Party". Doc. 2, p. 2 After review of the Complaint (Doc. 1) and Emergency Motion (Doc. 2), there has been no evidence presented of an actual known threat but the Court will handle this on an expedited basis.

**IT IS ORDERED** setting this matter for a telephonic status conference on **Tuesday, August 20, 2024 at 10:30 a.m.** for the purpose of setting a hearing date.

Dated this 2nd day of August, 2024.

Honorable Susan M. Brnovich
United States District Judge