# EXHIBIT 1



Raj Abhyanker <raj@governmentgpt.com>

# AXON 4 interior analyzed

**Raj Abhyanker** <raj@governmentgpt.com>  Tue, May 14, 2024 at 7:07 PM
To: defense@governmentgpt.com, Laura Owen <laurao@governmentgpt.com>, Fred Addy <fred@governmentgpt.com>

Team; fyi.   See attached. There is Chinese questel chips in each AXON 4.   Congress is looking to ban them for military ties and espinoge risk.  The public doesn't know this. Amazingly, I was able to buy AXON 4 in China on the web, in good quantities; only sold to police in the united states. This is our original research this weekend.


Sent from my iPhone

 Axon_body_4.pdf
2074K

# Axon Body 4 disassemble report
# Inside



1

Axon body 4 inside

Triple-proof (waterproof, dustproof, and drop-proof) design，obvious signs of use and a some sticker.



Well designed structure ,anti-water rubber strip,and steel plate for back install,

2

Axon body 4 inside

Electronic device fixed on solid Nylon middle frame,

Battery case use sheet metal,

3.85V 4300mAh 16.56Wh



3

Axon body 4 inside





MANUFACTURER:
PHD ENERGY INC.

4

Axon body 4 inside



5

Axon body 4 inside

AT&T SIM card





Axon body 4 inside

5G Quectel EG065K



7

Axon body 4 inside

Button connection



8

Axon body 4 inside

Camera



9

Axon body 4 inside



Axon body 4 inside





11

Axon body 4 inside

1. SEC 128 B04J KLMCGUJED0 - This is likely a Samsung memory chip, often used for storage in mobile devices.

2. Qualcomm QCA6390 - This is a Qualcomm chip known for connectivity, specifically handling Wi-Fi 6 and Bluetooth 5.1 functions in modern devices.

3. SL83115 ZA333225 - This specific identification isn't well-known in public documentation, which suggests it could be a smaller utility or interface chip, possibly related to power management or audio processing.

4. Hynix H9HCNNNBPUMLHR - This is a SK Hynix DRAM chip, typically used for temporary data storage to aid the processor during tasks.

OTHER PARTS SHOWED IN PHOTO

12