**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Charles W. Steese** (State Bar No. 012901)
Direct Dial: 480.800.3537
Email: csteese@PSWMlaw.com

**Randy Papetti** (State Bar No. 014586)
Direct Dial: 480.800.3525
Email: rpapetti@PSWMlaw.com

**AXON ENTERPRISE, INC.**
17800 N. 85th Street
Scottsdale, Arizona 85255-9603
legal@axon.com

**Pamela B. Petersen**, Bar #011512
Tel.: (623) 326-6016
Email: ppetersen@axon.com

**Gayathiri Shanmuganatha**, Bar #030745
Tel: (602) 830-0390
Email: gshanmuganatha@axon.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT, Inc.; Raj Abhyanker, individually and on behalf of all other taxpayers similarly situated; and Municipality and Police Departments Does 1-500,<br><br>Plaintiffs,<br><br>v.<br><br>Axon Enterprise, Inc., formerly dba TASER International, Inc.; Microsoft Corporation; and Does 1-50,<br><br>Defendants. | Case No. 24-cv-01869-SMB<br><br>**AXON'S NOTICE OF FILING CERTIFICATE OF SERVICE** |

Pursuant to FRCP 5(d)(1)(B)(i), Axon Enterprise, Inc. herewith files the attached certificate of service regarding service of Axon's Response to Plaintiffs' Emergency Motion on Defendant Microsoft Corporation.

Dated: August 13, 2024      **AXON ENTERPRISE, INC.**

/s/ *Gaya Shanmuganatha*
Pamela B. Petersen
Gayathiri Shanmuganatha
*Attorneys for Axon Enterprise, Inc*

DL Investigations & Attorney Support LLC
7501 N. 16th Street Ste 200
Phoenix, AZ 85020
(602) 285-9901

| Inv. # | IN THE UNITED STATES DISTRICT COURT |
|---|---|
| 159040 | DISTRICT OF ARIZONA |

GOVERNMENTGPT, INC.; et al.
                  Plaintiff / Petitioner,

vs.

AXON ENTERPRISE, INC. formerly dba TASER International, Inc.; et al.
                  Defendant / Respondent

NO. __24-cv-01869-smb__
CERTIFICATE OF SERVICE

__Tina Nemeth__, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**AXON'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR AB4 INJUNCTION AND REQUEST FOR SHOW CAUSE ORDER WHY SANCTIONS SHOULD NOT ISSUE**

from __Axon Enterprise, Inc.__ on __8/8/2024__, that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

| | |
|---|---|
| **NAME:** | **MICROSOFT CORPORATION**, c/o Corporation Service Company |
| **DATE & TIME:** | 8/8/2024 12:30 PM |
| **PLACE & MANNER:** | 8825 N. 23RD AVENUE STE.100 PHOENIX, AZ 85021, which is his/her place of business. |
| | By serving Mike Vernon, Service of Process Coordinator, a person authorized to accept such service on their behalf, in person. |

Description of the Named: Male, Age: 60's, Ht: 5' 6in., Wt: 200, Eyes: hazel, Hair: grey, Ethnicity: Cauc., Other: glasses

**Statement of Costs**

| | | |
|---|---|---|
| Services | $ 16.00 | |
| Mileage | $ 36.00 | |
| Sp. Handl. | $ 0.00 | |
| Witness | $ 0.00 | |
| Advances | $ 0.00 | |
| Cert. Prep | $ 25.00 | |
| Other | $ 19.75 | 79 pages |
| Total | $ 96.75 | ** |

__Tina Nemeth__
**Affiant-Registered in Maricopa County**

** This is just an estimate and does not reflect actual billing amount.

The above is covered by A.R.S. as amended 41-314 && 11-45 and Rules 4, 5 and 45.