1  SPENCER KELLER, Arizona SBN 038491
   Email: spencer@legalforcelaw.com
2
3  RAJ V. ABHYANKER, California SBN 233,284
   Email: raj@legalforcelaw.com
4

5

6  **LEGALFORCE RAPC WORLDWIDE, P.C.**
   1580 W. El Camino Real, Suite 10
7  Mountain View, CA 94040
   Telephone:   (650) 965-8731
8  Facsimile:   (650) 989-2131
9

10  Attorneys for Plaintiffs and the Proposed Class,

11

12  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

13

| | |
|---|---|
| GovernmentGPT, Inc., Raj Abhyanker, Individually and on Behalf of All Other Taxpayers Similarly Situated; and, Municipality and Police Departments Does 1-500, <br><br> Plaintiffs, <br><br> v. <br><br> Axon Enterprise, Inc., formerly d/b/a Taser International, Inc., Microsoft Corporation, and Does 1-50, <br><br> Defendants. | Case No. CV-24-01869-PHX-SMB <br> Judge: Hon. Judge Susan M Brnovich <br><br> **GOVGPT'S REPLY TO MICROSOFT'S OPPOSITION TO EMERGENCY MOTION FOR IMMEDIATE ORDER TO PROHIBIT USE OF AXON BODY 4 CAMERAS AT POLITICAL EVENTS** |

**Plaintiffs' Response to Microsoft's Opposition**

1. Plaintiffs GovernmentGPT, Inc., Raj Abhyanker, Individually and on Behalf of All Other Taxpayers Similarly Situated; and, Municipality and Police Departments Does 1-500 submit this response to address the concerns raised by Defendant Microsoft Corporation ("Microsoft") in its opposition to the Emergency Motion.

**Clarification Regarding the Emergency Motion**

2. It is important to clarify that the Emergency Motion was not intended to be directed against Microsoft. The Emergency Motion sought relief solely against Axon Enterprise, Inc. ("Axon") concerning the use of Axon Body 4 cameras at political events. Any reference to Microsoft in the motion was not intended to seek injunctive relief against Microsoft. Rather, the focus of the motion was exclusively on the national security risks associated with Axon's products.

3. Had Microsoft's counsel simply reached out to Plaintiffs' counsel, we would have immediately clarified this point and avoided any misunderstanding. Plaintiffs regret any confusion caused by the language of the Emergency Motion.

**Dismissal of Any Claims Against Microsoft in the Emergency Motion**

4. To the extent that the Emergency Motion has been interpreted as seeking relief against Microsoft, Plaintiffs hereby dismiss any such requests. Plaintiffs acknowledge that Microsoft was not the intended target of the Emergency Motion, and no injunctive relief is being sought against Microsoft.

**Conclusion**

5. Plaintiffs respectfully request that the Court take note of this clarification and dismiss any portion of the Emergency Motion that has been construed as seeking relief against Microsoft. Plaintiffs reaffirm that the Emergency Motion is directed solely at Axon Enterprise, Inc.

Respectfully submitted this Thursday August 8, 2024.

LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj Abhyanker
Raj Abhyanker
Plaintiff, and Attorney for Plaintiff GovGPT and the Proposed Class (*pro hac vice*)