# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT Incorporated, | No. CV-24-01869-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Axon Enterprise Incorporated, et al., | |
| Defendants. | |

    Before the Court is Plaintiffs' Administrative Motion for Leave to File Certain Documents Under Seal and Request for Appointment of Technical Special Master (Doc. 43). Defendants filed a Response in Opposition (Doc. 54), and Plaintiffs filed a Reply (Doc. 57). After reviewing the briefing and the Court's Order denying Plaintiffs' Motion for Preliminary Injunction (Doc. 71), the Court will **deny** Plaintiffs' Motion in its entirety.

    The crux of Plaintiffs' Motion to Seal is the alleged national security concern surrounding technical vulnerabilities associated with certain Axon body camera products. Regarding the documents Plaintiffs wish to seal, they contend that "[p]ublic disclosure of this information could reveal sensitive the technical details that may be exploited by malicious actors, thereby increasing the risks that this lawsuit seeks to address." (Doc. 43-1 at 2.) Here, Plaintiffs also move the Court to appoint a special technical master because "[g]iven the highly specialized nature of the information, the technical special master would provide the Court with the necessary expertise to fully understand the implications of these risks and assist in making an informed decision regarding the

1  Plaintiff's emergency motion." (*Id.*)  While the instant Motion was pending, the Court
2  issued an Order denying Plaintiffs' Motion for Preliminary Injunction wherein the Court
3  found Plaintiffs' national security concerns to be unfounded.  (Doc. 71 at 7–8.)  In that
4  Order, the Court also denied Plaintiffs' request to appoint a special technical master.  (*Id.*
5  at 7.)
6        Accordingly, after having reviewed the briefing and the Order denying Plaintiffs'
7  Motion for Preliminary Injunction, the Court will deny Plaintiffs' Motion (Doc. 43).
8        **IT IS HEREBY ORDERED denying** Plaintiffs' Administrative Motion for Leave
9  to File Certain Documents Under Seal and Request for Appointment of Technical Special
10 Master (Doc. 43).
11       Dated this 30th day of December, 2024.

Honorable Susan M. Brnovich
United States District Judge