RAJ V. ABHYANKER, California SBN 233,284
Email: raj@legalforcelaw.com

**LEGALFORCE RAPC WORLDWIDE, P.C.**
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731

Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Axon Enterprise, Inc., formerly d/b/a Taser International, Inc., Microsoft Corporation, Safariland, LLC. <br><br> Defendants. | Case No. CV-24-01869-PHX-SMB <br> Judge: Hon. Judge Susan M Brnovich <br><br> **JUDICIAL NOTICE OF UNITED STATES DEPARTMENT OF JUSTICE AND FEDERAL TRADE COMMISSION'S STATEMENT OF INTEREST WITH RESPECT TO MICROSOFT'S RELATIONSHIP WITH OPENAI IN FURTHERANCE OF AXON'S MONOPOLY** |

1

Judicial Notice of United States DOJ and FTC's Statement of Interest:
Microsoft's Relationship With OpenAI in Furtherance of Axon's Monopoly

CASE NO.: CV-24-01869-PHX-SMB

# NOTICE OF FILING OF JUDICIAL NOTICE

1. Pursuant to Federal Rule of Evidence 201, Plaintiff GovernmentGPT Incorporated respectfully requests that the Court take judicial notice of the Statement of Interest of the United States, filed by the Department of Justice (DOJ) and the Federal Trade Commission (FTC) in Case No. 4:24-cv-04722-YGR, United States District Court for the Northern District of California, on January 10, 2025. A copy of the Statement of Interest is attached hereto as Exhibit A.

**I. BASIS FOR REQUEST:**

2. Federal Rule of Evidence 201 allows a court to take judicial notice of facts or documents that are not subject to reasonable dispute because they:

    a. Are generally known within the court's territorial jurisdiction, or

    b. Can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

3. The Statement of Interest is a publicly filed document by the U.S. government in an active federal case and therefore qualifies as a source whose authenticity and content cannot reasonably be disputed. Judicial notice is appropriate as the Statement addresses

2

Judicial Notice of United States DOJ and FTC's Statement of Interest:
Microsoft's Relationship With OpenAI in Furtherance of Axon's Monopoly

CASE NO.: CV-24-01869-PHX-SMB

issues central to Plaintiff's claims in this case.

## II. RELEVANCE OF THE STATEMENT OF INTEREST TO THE MOTION TO DISMISS:

4. The Statement discusses principles under the California Unfair Competition Bus. & Prof. Code § 17200, the Sherman Act and Clayton Act, which are the statutory basis for Plaintiff's claims against Axon and its conspirators. The DOJ and FTC's perspectives reinforce the plausibility and importance of Plaintiff's allegations.

5. The Statement's analysis of market foreclosure caused by dominant players' interlocking directors provides a legal and economic framework that is directly applicable to the antitrust claims in this case. It underscores the competitive harms that arise when monopolists leverage strategic partnerships made possible through interlocking relationships of board members to exclude rivals.

6. The Statement discusses how Microsoft's relationship with OpenAI creates closed ecosystems that limit interoperability and foreclose competition. Plaintiff's allegations align with this framework, as Axon's Evidence.com platform is hosted exclusively on Azure, which forces law enforcement agencies into Axon's ecosystem and makes switching to competitors impractical.

3

Judicial Notice of United States DOJ and FTC's Statement of Interest:
Microsoft's Relationship With OpenAI in Furtherance of Axon's Monopoly

CASE NO.: CV-24-01869-PHX-SMB

7. In addition, the Statement emphasizes Microsoft's corporate intertwining with OpenAI enables it to play kingmaker with its Azure offerings. Plaintiff alleges that Axon's integration of OpenAI's technologies, facilitated by Microsoft, has further entrenched Axon's monopoly by making it difficult for police departments to switch to competitive tools given that Axon body camera data must be exclusively stored in Azure through Evidence.com.

8. Moreover, the Statement notes how interlocking relationships between Microsoft and OpenAI's board can create significant barriers to entry for competitors. This supports Plaintiff's allegations that Microsoft's conduct with unnamed co-conspirator OpenAI has contributed to Axon's foreclosure of competition. The Statement of Interest also highlights how vertical agreements, like Microsoft's Azure partnership with Axon, can foreclose competition, countering Microsoft's assertion that its agreement is routine and non-exclusionary.

9. The Statement supports the theory that vertical integration and cloud exclusivity arrangements, like the Axon-Microsoft partnership, can create switching costs such as those alleged in this case trap law enforcement agencies within Axon's ecosystem. This aligns with the Plaintiff's allegations that Microsoft plays a conspiratorial role with Axon to prevent law enforcement from switching to Axon's competitors. The Statement

4

Judicial Notice of United States DOJ and FTC's Statement of Interest:
Microsoft's Relationship With OpenAI in Furtherance of Axon's Monopoly

CASE NO.: CV-24-01869-PHX-SMB

notes the anti-competitive implications of controlling data and leveraging it for AI training and predictive analytics, especially through investments in OpenAI. This counters Microsoft's claim that its relationship with Axon does not affect the competitive landscape.

10. The FTC/DOJ frame interlocking relationships like Microsoft's as potentially harmful when they prevent AI vendors from offering competitive solutions. This reinforces Plaintiff's argument that Axon's reliance on Azure forecloses competition in the digital evidence management systems (DEMS) market by making it difficult if not impossible for police departments to choose anyone else for real time AI inference.  The Statement argues that antitrust claims must be assessed based on their plausibility, not conclusory dismissal of vertical agreements. It emphasizes that such agreements may require discovery to fully understand their anti-competitive effects, challenging Microsoft's assertion that the case lacks a sufficient factual basis.

11. The Statement of Interest directly counters Microsoft's motion by emphasizing that the alleged exclusive agreement and its effects on competition warrant judicial scrutiny and discovery. It challenges Microsoft's characterization of its conduct as routine and non-anti-competitive, supporting the plausibility of Plaintiff's claims.  This alignment reinforces the argument that the Arizona court should not dismiss the case at

5

Judicial Notice of United States DOJ and FTC's Statement of Interest:
Microsoft's Relationship With OpenAI in Furtherance of Axon's Monopoly

CASE NO.: CV-24-01869-PHX-SMB

this stage.

### III. REQUESTED RELIEF:

12. The Plaintiff respectfully requests that the Court take judicial notice of:

    1. The existence of the Statement of Interest filed by the DOJ and FTC in Case No. 4:24-cv-04722-YGR.

    2. The content of the Statement as it pertains to antitrust enforcement principles and its analysis of Microsoft's conduct and its implications for competition in this case.

13. This request is limited to judicial notice of the Statement's existence and content as a public record, and not the truth of any disputed facts contained therein. Judicial notice of this document is appropriate as it provides essential context for understanding the competitive dynamics at issue and supports the legal sufficiency of Plaintiff's claims.

Respectfully submitted this January 11, 2024.

                                        LEGALFORCE RAPC WORLDWIDE P.C.

                                        /s/ Raj Abhyanker
                                        Raj Abhyanker
                                        Attorney for Plaintiff GovernmentGPT, Inc.

Judicial Notice of United States DOJ and FTC's Statement of Interest:
Microsoft's Relationship With OpenAI in Furtherance of Axon's Monopoly

CASE NO.: CV-24-01869-PHX-SMB