IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT Incorporated, | No. CV-24-01869-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Axon Enterprise Incorporated, et al., | |
| Defendants. | |

Pending before the Court are the following motions:

- Axon's Motion for Leave to File Separate Dispositive Motions and Exceed Page Limit (Doc. 55)
- Plaintiff's Motion for Voluntary Dismissal without Prejudice of Microsoft Corporation as to the First Cause of Action (Doc. 64)
- Microsoft Corporation's Motion to Dismiss for Failure to State a Claim and, in the Alternative, Motion to Strike Relief and Class Allegations (Doc. 66)
- Motion to Dismiss for Lack of Standing (Doc. 67)
- Motion to Dismiss for Failure to State a Claim (Doc. 68)

After these motions were filed, Plaintiff filed an Amended Complaint and new motions to dismiss were filed. Therefore, the above listed motions are moot.

**IT IS ORDERED** denying Docs. 55, 64, 66, 67 and 68 as moot.

Dated this 30th day of January, 2025.

Honorable Susan M. Brnovich
United States District Judge