\WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT Incorporated, | No. CV-24-01869-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Axon Enterprise Incorporated, | |
| Defendant. | |

Before the Court is Plaintiff GovernmentGPT Incorporated's ("GovGPT") Motion to Voluntarily Dismiss the Entire Action Under Rule 41(a)(2) (Doc. 161). For the reasons herein, the Court will **grant** the Motion and dismiss this case.

Federal Rule of Civil Procedure 41(a) outlines several methods to voluntarily dismiss a case. Specifically Rule 41(a)(1) states that a plaintiff may dismiss the action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Under this rule, "a plaintiff has an absolute right to voluntarily dismiss his action." *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). GovGPT moves under Rule 41(a)(2), which states that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

In this case, no Defendant has filed an answer or motion for summary judgment. That fact notwithstanding, GovGPT did not file a notice under Rule 41(a)(1), and instead asks the Court to order the dismissal of this case under Rule 41(a)(2). The Court,

however, cannot shy away from the fact that GovGPT retains the right to terminate this action without such an Order under Rule 41(a)(1). The Court is keenly aware of the concerns of both Axon and former Defendant Microsoft Corporation if this matter is dismissed, (s*ee* Doc. 162; Doc. 163; Doc. 168; Doc. 169.), however, the Court finds that the proper decision is to treat GovGPT's Motion as a notice under Rule 41(a)(1) and dismiss this action. *See Perdina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993) ("[Filing a Rule 41(a)(1) notice] itself closes the file. There is nothing the defendant can do to fan the ashes of that action into life and the court has no role to play.")

Because the Court will dismiss this case, GovGPT's Motion to Stay the Enforcement of Sanctions (Doc. 153) is properly denied. Likewise, the remaining Motions on the docket will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED granting** GovGPT's Motion for Voluntary Dismissal (Doc. 161) and dismissing the entire action without prejudice.

**IT IS FURTHER ORDERED denying** GovGPT's Motion to Stay the Enforcement of Sanctions (Doc. 153).

**IT IS FURTHER ORDERED denying as moot** Axon's Motions at ECF Nos. 154, 168, 169, and Microsoft's Motion at ECF No. 162.

Dated this 1st day of May, 2025.

Honorable Susan M. Brnovich
United States District Judge