# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GovernmentGPT Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Axon Enterprise Incorporated,<br><br>    Defendant. | No. CV-24-01869-PHX-SMB<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's April 3, 2025 Order (Doc. 151) granting Defendant Axon Enterprise, Inc.'s Application for Attorneys' Fees and Rules 54 and 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED AND ADJUDGED**:

1. Judgment is entered in favor of Defendant Axon Enterprise, Inc. and against Raj Abhyanker for monetary sanctions in the total amount of $78,751.95.
2. The total judgment amount includes attorneys' fees in the amount of $78,677.00 and non-taxable costs in the amount of $74.95.
3. Plaintiff's Motion to Stay the Enforcement of Sanctions (Doc. 153) is denied.
4. Pre-Judgment interest shall accrue on the total judgment amount from April 3, 2025 until the entry of this judgment.
5. Post-judgment interest shall accrue on the total judgment amount at the statutory rate set forth in 28 U.S.C. § 1961, from the date of entry of this judgment until paid in full.

6. This judgment is final and disposes of all matters addressed in the Court's April 3 and May 1, 2025 Orders.

Dated this 6th day of May, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge

- 2 -